Chad M. Knight
Anthony M. Nicastro
Cole Anderson
KNIGHT NICASTRO MACKAY, LLC
304 W. 10th Street
Kansas City, Missouri 64105
Telephone: (720) 770-1235
Facsimile: (816) 396-6233
knight@knightnicastro.com
nicastro@knightnicastro.com
anderson@knightnicastro.com
*Attorneys for Plaintiff BNSF Railway Company*

## IN THE NINETEENTH JUDICIAL DISTRICT COURT OF MONTANA
## LINCOLN COUNTY

| | |
|---|---|
| BNSF RAILWAY COMPANY, on behalf of THE UNITED STATES OF AMERICA<br><br>Plaintiff/Judgment Creditor,<br><br>vs.<br><br>THE CENTER FOR ASBESTOS RELATED DISEASE, INC.,<br><br>Defendant/Judgment Debtor. | Civil Action No.: DV-27-2025-0000003-FJ<br><br>**WRIT OF EXECUTION** |

**The State of Montana, to the Levying Officer of the County of Lincoln, Greetings:**

**WHEREAS,** on the 28th day of June 2023, the Court entered judgment in favor of Plaintiff BNSF Railway Company ("BNSF") against Defendant Center for Asbestos Related Disease, Inc. ("CARD"). On July 18, 2023, the Court entered an Order amending the judgment and specifying that BNSF's judgment was for the sum of $1,456,505.75, together with $322,657.20 in costs and $1,101,279.38 in attorney's fees for a total Judgment amount of $2,880,442.33, plus accruing costs and post-judgment interest at the statutory rate of 5.34% per annum on the total Judgment amount, from the date of Judgment until paid in full, as appears to us of record. The sum of **$2,880,442.33** with interest and accruing costs, is now due and owing, as calculated below:



| | |
|---|---|
| Judgment Amount | $1,456,505.75 |
| Trial Court Costs | $322,657.20 |
| Trial Court Attorney's Fees | $1,101,279.38 |
| Accruing Costs: | |
|     Foreign Judgment Fee | 90.00 |
|     Writ Fee | 5.00 |
| Interest: | $240,205.22 |
|     From 7/18/2023 – 2/7/2025 | |
|     ($421.41/day) | |
| **Total Due and Owing As of 2/5/2025** | **$3,120,742.55** |

**AND WHEREAS,** the Judgment was filed in the Clerk's office, in the said County of Lincoln, and the said Judgment was docketed in said Clerk's office in the said Court, on January 9, 2025 and the sum of **$2,880,442.33,** with interest and accruing costs, is now (at the date of this writ) actually due on said Judgment.

**NOW, YOU, THE SAID LEVYING OFFICER,** are hereby required to make the said sums due on the said Judgment, with interest as aforesaid, and costs and accruing costs, to satisfy the said Judgment, in the amount of **$3,120,742.55** out of the personal property of said Debtor and more fully identified in the attached Addendum, or, if sufficient personal property of said Debtor cannot be found, then out of the real property in your County belonging to Debtor on the day when said Judgment was entered, or at any time thereafter; and make return of this writ within 120 days after your receipt hereof, with what you have done endorsed hereon.

2

WITNESS, My Hand and the Seal of said Court, this 12 day of __February__, 2025.



TRICIA BROOKS
LINCOLN COUNTY CLERK OF COURT

By: _Amanda Eckart_
Deputy Clerk of Court

Chad M. Knight
Anthony M. Nicastro
Cole Anderson
KNIGHT NICASTRO MACKAY, LLC
304 W. 10th Street
Kansas City, Missouri 64105
Telephone: (720) 770-1235
Facsimile: (816) 396-6233
knight@knightnicastro.com
nicastro@knightnicastro.com
anderson@knightnicastro.com
*Attorneys for Plaintiff BNSF Railway Company*

**IN THE NINETEENTH JUDICIAL DISTRICT COURT OF MONTANA
LINCOLN COUNTY**

| | |
|---|---|
| BNSF RAILWAY COMPANY, on behalf of THE UNITED STATES OF AMERICA | Civil Action No.: DV-27-2025-0000003-FJ |
| Plaintiff/Judgment Creditor, | |
| vs. | **ADDENDUM** |
| THE CENTER FOR ASBESTOS RELATED DISEASE, INC., | |
| Defendant/Judgment Debtor. | |

I.      Personal Property

The following personal property of Debtor, Center for Asbestos Related Disease ("CARD") is to be seized:

**Bank Accounts**

Glacier Bank
615 California Avenue
Libby, MT 59923
        ACCOUNT TITLE:  The Center for Asbestos Related Disease–OPERATING ACCOUNT
        ACCOUNT NO.: XXXXXXXX1587

Stockman Bank
1 South Main Street
Kalispell, MT 59901
        ACCOUNT TITLE:  The Center for Asbestos Related Disease–OPERATING ACCOUNT
        ACCOUNT NO.: XXXXXXXX3371

1

**Office Equipment** – Located W/I building at 214 E. 3rd St., Libby, Montana

1.  2 Cisco Catalyst 2960G 24 Port Switch

2.  1 Cisco Catalyst 2960SF Switch

3.  2 Cisco Catalyst 2960S Switch

4.  1 Cisco Catalyst 2960-X Switch

5.  1 FortiGate Firewall 80F

6.  1 HP ProLiant DL 380 Server Gen 9

7.  1 Lenovo Think Server RD350

8.  1 HP ProLiant DL120 Server Gen 5

9.  1 Dell PowerEdge R450

10.  1 Dell PowerEdge R450 Server

11.  2 Dell PowerEdge R720 Server

12.  2 Dell PowerEdge R440 Server

13.  1 Dell PowerEdge R540 Server

14.  1 Dell PowerEdge R610 Server

15.  1 Dell PowerEdge T620 Server

16.  1 Mitel HX Controller

17.  2 HP Pro Curve Switch 2610-24-PWR

18.  1 Server Rack 7ft Enclosed

19.  1 APC Battery Backup

20.  1 PACs Cube

21.  Treadmill

22.  Postage Meter

23. Envelope Printer

24. Envelope Stuffer

25. Television

26. Security System

27. 2 Projectors/Screen

28. 35 Computers

29. 4 Printers

**Office Furniture** - Located W/I building at 214 E. 3rd St., Libby, Montana

30. 12 Lamps

31. 15 Tables

32. 80 Chairs

33. 20 Desks

34. 12 End Tables

35. Entertainment Center

36. Refrigerator

37. Microwave

38. Dishwasher

39. 10 Pictures/Paintings/Other Art work

**Other Machinery, Fixtures, and Equipment** - Located W/I building at 214 E. 3rd St., Libby, Montana

40. Lawn Mower

41. Snow Blower

42. MCG Diagnostics PFT Machine Model 830007-901

43. MCG Diagnostics PFT Machine Model 830007-902

44.     Cepheid PCR Machine Model 900-0511

45.     3 Negative Pressure Units Model 10950-005

46.     3 Freezers Made by Thermo Fischer

47.     2 Spirometry Cart Model Spiro

## II.     Real Property

1.     Libby Original Townsite, S03, T30 N, R31 W, Block 8, Lot 20-22, & S15' LOT 19 INCL ABANDON ALLEY *4305*; AKA 215 MONTANA AVENUE, LIBBY, MONTANA (PARKING LOT).

2.     Libby Original Townsite, S03, T30 N, R31 W, Block 8, Lot 17 & ABANDON ALLEY *4306; AKA 211 MONTANA AVE, LIBBY, MONTANA (PARKING LOT).

3.     Libby Original Townsite, S03, T30 N, R31 W, Block 008, ACRES 0.391, LOTS 6-11 BLK 8 RTRC CS 3989; AKA 214 E. 3RD ST., LIBBY, MONTANA (BUILDING)



# Sheriff's Office
## Lincoln County Montana

*Sheriff Darren Short*
*Undersheriff John Hyslop*

512 California Avenue
Libby MT 59923
406.293.4112
Fax 406.293.3171

May 7, 2025

RE: BNSF Railway Company vs. The Center for Asbestos Related Disease

On February 12, 2025, a Writ of Execution was filed in the Nineteenth Judicial District Court of Montana in Lincoln County for BNSF Railway Company, on behalf of The United States of America, plaintiff vs. The Center for Asbestos Related Disease, Inc., defendant. (Civil Action No.: DV-27-2025-0000003-FJ) The writ of execution was received by the Lincoln County Sheriff's Office on March 5, 2025.

The writ stated "**NOW, YOU, THE SAID LEVYING OFFICER,** are hereby required to make the said sums due on the said Judgement, with interest as aforesaid, and costs and accruing costs, to satisfy the said Judgement, in the amount of **$3,120,742.55** out of the personal property of said Debtor and more fully identified in the attached Addendum, or if sufficient personal property of said Debtor cannot be found, then out of the real property in your County belonging to Debtor on the day when said Judgement was entered, or at any time thereafter; and make return of this writ within 120 days after your receipt hereof, with what you have endorsed hereon." (Addendum Attached

Montana Code Annotated states: **25-13-402. How writ executed.** (1) (a) The sheriff or levying officer shall, subject to subsections (6) and (7), execute the writ against the property of the judgment debtor not later than 120 days after receipt of the writ by:

(i) levying on a sufficient amount of property if there is sufficient property;

(ii) collecting or selling the things in action; and

(iii) selling the other property and paying to the judgment creditor or the judgment creditor's attorney as much of the proceeds as will satisfy the judgment.

1

**History:**

A civil action was filed in The United States District Court for the District of Montana, Missoula Division, for BNSF Railway Company, on behalf of The United States of America, plaintiff vs. The Center for Asbestos Related Disease, Inc., defendant. On June 28, 2023, the jury in this case rendered a verdict of 337 violations of the False Claims Act. On July 18, 2023, an Order was filed amending judgement. On January 9, 2025, a Request for Filing of Foreign Judgement was filed in The Nineteenth Judicial Court of Montana, Lincoln County resulting in the Writ of Execution mentioned above. On May 7, 2025, The Lincoln County Sheriff's Office served the Writ of Execution on The Center for Asbestos Related Disease, Inc..

Sincerely,
Darren Short, Sheriff
Lincoln County Sheriff's Office

# Knight Nicastro MacKay

Chad M. Knight
Cole R. Anderson
Attorney
283 West Front Street, Ste 203
Missoula, MT 59802
anderson@knightnicastro.com
T: 406-545-2208
F: 816-396-6233

May 7, 2025

**<u>Via ~ Hand Delivery and Electronic Mail</u>**

CARD Clinic
214 E. 3rd Street
Libby, Montana 59923

Re: *Transfer of Data and other PHI*

To Whom it May Concern:

Neither the Lincoln County Sherriff's Office nor BNSF Ry. Co. intends to possess or retain any of the CARD Clinic's data including but not limited to Protected Health Information ("PHI"). You will be able to access your computers and/or servers at any reasonable time after notice is given to the Lincoln County Sherriff's office. If you would like to transfer your data off your servers, BNSF has retained Jason Sternad and Jason Poor of Auxi Solutions out of Kalispell to assist with a transfer of the data or removal of the hard drives from your servers and/or computers if you would like. Mr. Sternad's telephone number is (406) 393-2466. Auxi Solutions has been retained for May 7 and 8, 2025.

Alternatively, if you would like to hire your own data transfer specialists to assist, you are free to do so and the Sheriff's office will permit them to go onto the property to obtain your data.

If there are any other technical issues you foresee, please let us or the Sheriff know, and we would be happy to accommodate.

Sincerely,

Chad M. Knight

KNIGHT NICASTRO MACKAY, LLC



# Sheriff's Office
## Lincoln County Montana

*Sheriff Darren Short*
*Undersheriff John Hyslop*

512 California Avenue
Libby MT 59923
406.293.4112
Fax 406.293.3171

# NOTICE OF EXECUTION

SHERIFF'S OFFICE }
              } Libby, Montana         May 6, 2025
LINCOLN COUNTY }

Attention: STOCKMAN BANK

You will please take notice, that all moneys, goods, credits, debts due or owing, and all other property in your possession or under your control, belonging to the Defendant(s), named in the attached Writ of Execution, of which the attached is a copy, is by me attached, and you are hereby notified not to pay over or transfer the same to anyone but Lincoln County Sheriff's Office, and furthermore to provide immediate documentation of the current balance of the account detailed below.

More particularly:

_____ Monies due and/or owing the defendant(s)

___X___ Monies in checking and/or savings accounts in the name of the defendant(s)

Defendant(s): THE CENTER FOR ASBESTOS RELATED DISEASE, INC.
Account Title: The Center for Asbestos Related Disease – OPERATING ACCOUNT
Account Number.: XXXXXXXX3371
Court case number: DV-27-2025-0000003-FJ

To satisfy a judgment in the amount of **$3,120,742.55** See attached court documents.

Montana Law requires a written response. Please return this form and your check to:

Lincoln County Sheriff's Office
Civil Division
512 California Ave.
Libby, MT 59923

_____
Darren Short, Sheriff

_____
Brent Shrum, Civil Clerk

*THIS IS A BANK LEVY VALID THROUGH JULY 3, 2025*



# Sheriff's Office
## Lincoln County Montana

*Sheriff Darren Short*
*Undersheriff John Hyslop*

512 California Avenue
Libby MT 59923
406.293.4112
Fax 406.293.3171

# NOTICE OF EXECUTION

SHERIFF'S OFFICE }
                } Libby, Montana         May 6, 2025
LINCOLN COUNTY }

Attention: GLACIER BANK

You will please take notice, that all moneys, goods, credits, debts due or owing, and all other property in your possession or under your control, belonging to the Defendant(s), named in the attached Writ of Execution, of which the attached is a copy, is by me attached, and you are hereby notified not to pay over or transfer the same to anyone but Lincoln County Sheriff's Office, and furthermore to provide immediate documentation of the current balance of the account detailed below.

More particularly:

   _____ Monies due and/or owing the defendant(s)
   __X__ Monies in checking and/or savings accounts in the name of the defendant(s)

Defendant(s): THE CENTER FOR ASBESTOS RELATED DISEASE, INC.
Account Title: The Center for Asbestos Related Disease – OPERATING ACCOUNT
Account Number.: XXXXXXXX1587
Court case number: DV-27-2025-0000003-FJ

To satisfy a judgment in the amount of **$3,120,742.55** See attached court documents.

Montana Law requires a written response. Please return this form and your check to:

Lincoln County Sheriff's Office
Civil Division
512 California Ave.
Libby, MT 59923

_____
Darren Short, Sheriff

_____
Brent Shrum, Civil Clerk

***THIS IS A BANK LEVY VALID THROUGH JULY 3, 2025***