# AMENDED APPLICATION FOR REVIEW OF CLAIM

**RECEIVED**

OCT 2 4 2023

**MMLP**

[REDACTED]

[REDACTED]

A.  CLAIMANT:
    Name  Thomas Steiger, individually and as Personal Representative of the Estate of
          Terry Steiger

[REDACTED]

B.  CLAIMANT'S LEGAL COUNSEL:
    Name  W. Adam Duerk and Dylan M. McFarland

[REDACTED]









3



4