| | |
|---|---|
| Mark Steger Smith<br>Lynsey Ross<br>Assistant U.S. Attorneys<br>U.S. Attorney's Office<br>2601 2nd Ave. North, Suite 3200<br>Billings MT 59101<br>(406) 247-4667 – Mark<br>(406) 247-4632 – Lynsey<br>mark.smith3@usdoj.gov<br>lynsey.ross@usdoj.gov | John M. Newman<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>101 East Front St., Suite 401<br>Missoula, MT 59802<br>(406) 829-3336<br>john.newman@usdoj.gov |

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, on behalf of THE UNITED STATES OF AMERICA,<br><br>Plaintiff/Judgment Creditor,<br><br>vs.<br><br>THE CENTER FOR ASBESTOS RELATED DISEASE, INC.,<br><br>Defendant/Judgment Debtor. | Case No.: 9:25-cv-67-DLC<br><br>**UNITED STATES' WITNESS LIST FOR JUNE 12, 2025, HEARING** |

In response to the Court's May 21, 2025, Order (Doc. 13), the United States hereby provides notice that it will not call any witnesses at the June 12, 2025, hearing.

1

DATED: June 9, 2025.

        **KURT G. ALME**
        United States Attorney

        <u>/s/ Lynsey Ross</u>
           Lynsey Ross
           Mark Steger Smith
           John Newman
           Assistant U.S. Attorneys
           Attorneys for the United States