IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, on behalf of THE UNITED STATES OF AMERICA, | CV 25–67–M–DLC |
| Plaintiff/Judgment Creditor, | ORDER |
| vs. | |
| THE CENTER FOR ASBESTOS RELATED DISEASE, | |
| Defendant/Judgment Debtor, | |
| CHARLES B. BLACK, M.D.; KAREN LEE MORRISSETTE, M.D.; TRACY MCNEW, L.P.N.; MICHELLE BOLTZ, A.R.P.N.; and MILES MILLER, P.A., | |
| Defendant-Intervenors. | |

Before the Court is Defendant Center for Asbestos Related Disease, Inc.'s ("CARD") unopposed motion to appear remotely. (Doc. 70.) Through the motion, CARD requests leave of Court for CARD's counsel to appear remotely at the March 18, 2026 hearing in the above-captioned matter. (*Id.* at 1.) For good cause appearing,

IT IS ORDERED that the motion (Doc. 70) is GRANTED. CARD's counsel may appear remotely at the March 18, 2026 hearing.

1

Dated this 26th day of February, 2026.

_____
Dana L. Christensen, District Judge
United States District Court