Mark Steger Smith
Lynsey Ross
Assistant U.S. Attorneys
U.S. Attorney's Office
2601 2nd Ave. North, Suite 3200
Billings MT 59101
(406) 247-4667 – Mark
(406) 247-4632 – Lynsey
mark.smith3@usdoj.gov
lynsey.ross@usdoj.gov

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, on behalf of THE UNITED STATES OF AMERICA, <br><br> Plaintiff/Judgment Creditor, <br><br> vs. <br><br> THE CENTER FOR ASBESTOS RELATED DISEASE, INC., <br><br> Defendant/Judgment Debtor, <br><br> CHARLES B. BLACK, M.D.; KAREN LEE MORRISSETTE, M.D.; TRACY MCNEW, L.P.N.; MICHELLE BOLTZ, A.P.R.N.; and MILES MILLER, P.A., <br><br> Defendant-Intervenors. | Case No.: 9:25-cv-67-DLC <br><br><br> **UNITED STATES' NOTICE REGARDING FEDERAL INTEREST IN CARD'S REAL AND PERSONAL PROPERTY** |

The United States hereby notifies the Court and all parties that the United

States Department of Health & Human Services ("DHHS") has withdrawn and

waived any Federal Interest (as defined in 2 C.F.R. § 200.1 (previously 45 C.F.R. § 75.2)) in the real and personal property subject of BNSF's Addendum to its writ of execution.

DHHS, by and through its divisions, the Centers for Disease Control and Prevention and the Health Resources and Services Administration, is the granting agency holding the Federal Interest in certain property as identified in the Determination of Federal Interest dated September 15, 2025, previously docketed at Doc. 34-1. DHHS has elected to withdraw or waive its Federal Interest in the real property. After consideration, DHHS has determined that its Federal Interest in the real property at issue in this case has been satisfied and decided to withdraw the Federal Interest. Given the withdrawal of the Federal Interest in real property and the limited amount and value of the personal property, DHHS does not wish to continue to assert its Federal Interest in the personal property.

Attached to this Notice are the following:

- DHHS Withdrawal of Filed Notice of Federal Interest for the real property located in Libby, Lincoln County, Montana
- DHHS Waiver of Federal Interest

The original of each document has been sent directly to CARD for their records and recording.

DATED: March 2, 2026.

**KURT G. ALME**
United States Attorney

/s/ Mark S. Smith
    Lynsey Ross
    Mark S. Smith
    Assistant U.S. Attorneys
    Attorneys for the United States
