**Department of Health and Human Services**
**Health Resources and Services Administration**

## Withdrawal of Filed Notice of Federal Interest

I certify that as to the following identified real property, the Health Resources and Services Administration (formerly "Public Health Service") has withdrawn its Federal Interest. The Office of the Clerk and Recorder of Lincoln County, Montana is authorized to annotate its records to reflect the withdrawal of Federal Interest.

| | |
|---|---|
| Permanent Index Number: | Document 225150, Book PF, Page 10455 |
| Address: | 214 E. 3rd Street, Libby, MT 59923 |
| Filing Date of Original Notice: | 03/18/2010 |
| Place of Filing: | State of Montana, Lincoln County |
| Property Description: | |

Lots 6, 7, 8, 9, 10, and 11, Block 8, Libby, Montana

This notice was prepared and signed on the ⟨2⟩ day of ⟨February⟩ 2026.

Signature: _____

Name:      William Davis, II, J.D.

Title:     Grants Management Officer
           Maternal Child Health Systems Branch
           Office of Federal Assistance and Acquisition Management
           Health Resources and Services Administration
           Department of Health and Human Services

STATE OF MARYLAND           )
                                         ) SS

COUNTY OF MONTGOMERY     )

       I, the undersigned, a Notary Public in and for the County and State aforesaid, DO HEREBY CERTIFY that William Davis, II, J.D. personally known to me to be the Grants Management Officer for the Maternal Child Health Systems Branch in the Office of Federal Assistance and Acquisition Management, Health Resources and Services Administration (HRSA), and personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that, pursuant to authority given by said Administrator of HRSA. He signed and delivered the instrument as such Grants Management Officer of said Agency, as his free and voluntary act, and as the free and voluntary act of said Agency for the uses and purposes therein set forth.

Given under my hand and official seal, this *2nd* day of *February*, 2026.

_____
                          Notary

Commission expires

*September 18, 2027*