Chad M. Knight
Cole Anderson
KNIGHT MACKAY MORROW, LLC
704 Sussex Avenue
Missoula, Montana 59801
Telephone: (720) 770-1235
Facsimile: (816) 396-6233
knight@knightnicastro.com
anderson@knightnicastro.com
*Attorneys for BNSF Railway Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, on behalf of THE UNITED STATES OF AMERICA, | Civil Action No.: CV-25-67-M-DLC |
| Plaintiff/Judgment Creditor, vs. | **JOINT MOTION TO STAY PENDING MOTIONS, VACATE HEARING AND RESET DEADLINES** |
| THE CENTER FOR ASBESTOS RELATED DISEASE, INC., | |
| Defendant/Judgment Debtor, | |
| CHARLES B. BLACK, M.D.; KAREN LEE MORRISSETTE, M.D.; TRACY MCNEW, L.P.N.; MICHELLE BOLTZ, A.R.P.N.; and MILES MILLER, P.A., | |
| Defendant-Intervenors. | |

COMES NOW the parties, by and through undersigned counsel, and

respectfully move this Court to vacate the March 18, 2026 hearing and stay the

following pending motions:

- USA's Motion to Dismiss (Doc. 44)

- BNSF's Motion to Compel USA (Doc. 46)

- BNSF's Motion to Hold USA in Contempt of Court (Doc. 55)

In light of The United States' Notice Regarding Federal Interest in CARD's Real and Personal Property (Doc. 76), the parties agree to stay the pending motions until the debtor exam is completed. Thereafter, the parties will notify the Court that the motions are withdrawn or reset them for oral argument.

Additionally, the parties propose the following amended schedule:

(3) BNSF may serve Notices of Deposition of CARD witnesses, or any other fact witness identified in discovery on or before **April 17, 2026,** including Rule 30(b)(6) witnesses

(4) All depositions will be taken on or before **May 22, 2026.**

(5) On or before **June 5, 2026**, the parties shall submit a joint status report advising the Court of any resolution(s) between the parties and any unresolved issues. Should any unresolved issues remain, the parties may file simultaneous briefs regarding proper resolution **14 days after submission of the joint status report**. Reply briefs will be due **14 days after the simultaneous briefs are submitted**. Any hearing set by the Court on the briefs will be scheduled after reply briefs are filed.

Pursuant to L.R. 7.1(c)(1), counsel for CARD Clinic and Intervenors have been contacted and do not oppose this motion.

DATED this 12th day of March, 2026.

KNIGHT MACKAY MORROW, LLC

By:   */s/ Chad R. Knight*
     Chad R. Knight
*Attorneys for BNSF Railway Company*

TIMOTHY J. RACICOT
Acting United States Attorney

By:   */s/ Mark Seger Smith*
     Mark Seger Smith
     Lynsey Ross
     Assistant U.S. Attorneys
*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of March, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lynsey Ross
Mark Seger Smith
Assistant U.S. Attorneys
U.S. Attorney's Office
2601 2nd Avenue North, Suite 32
Billings, MT 59101
Lynsey.ross@usdoj.gov
Mark.smith@usdoj.gov
      *Attorneys for the United States of America*

James A. Patten
PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC
2817 2nd Avenue North, Suite 300
PO Box 1239
Billings, MT 59103
apatten@ppbglaw.com
      *Attorneys for CARD*

Jori Quinlan
Britton Fraser
HALL BOOTH SMITH PC
101 E. Front Street, Suite 402
Missoula, MT 59802
jquinlan@hallboothsmith.com
bfraser@hallboothsmith.com
      *Attorneys for Charles B. Black, M.D.; Karen Lee Morrissette, M.D.; Tracy McNew, LPN; Michelle Boltz, APRN and Miles Miller, PA*

KNIGHT MACKAY MORROW, LLC

By:   */s/ Chad M. Knight*
      Chad M. Knight
    *Attorneys for BNSF Railway Company*