Jori Quinlan
Britton Fraser
HALL BOOTH SMITH, P.C.
101 E. Front St., Ste. 402
Missoula, MT 59802
(406) 317-0070
jquinlan@hallboothsmith.com
bfraser@hallboothsmith.com

*Attorneys for Charles B. Black, M.D., individually,*
*as Medical Director, former CEO and Board*
*Member of the Center for Asbestos-Related*
*Disease (CARD); Karen Lee Morrissette, M.D.,*
*Tracy McNew, L.P.N.; Michelle Boltz, A.P.R.N.; and*
*Miles Miller, P.A.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, on behalf of THE UNTIED STATES OF AMERICA<br><br>*Plaintiff/Judgment Creditor*,<br><br>*v.*<br><br>THE CENTER FOR ASBESTOS RELATED DISEASE, INC.,<br><br>*Defendant/Judgment Debtor.* | Cause No.: CV-25-67-M-DLC<br><br><br>**INTERVENORS' EMERGENCY MOTION TO STAY EXECUTION ON AND DISPOSITION OF MATERIAL TO BE PRESERVED FOR LITIGATION** |

Charles B. Black, M.D. ("Dr. Black"), individually, and as Medical Director, former CEO, and Board Member of the Center for Asbestos Related Disease ("CARD"), Karen Lee Morissette, M.D., Tracy McNew, L.P.N., Michelle Boltz, A.P.R.N., and Miles Miller, P.A. (collectively "Defendant-Intervenors"), by and

through counsel Hall Booth Smith, P.C., respectfully move this Court to issue an order entering certain equitable relief to protect Defendant-Intervenors' ability to preserve data, equipment, and documents needed for ongoing state court medical malpractice litigation. Specifically, Defendant-Intervenors request an order that:

1)      Stays any further seizure of CARD's assets and any sale of already-seized assets until after August 31, 2026, so that CARD can wind up its operations and still have staff and a facility to allow Defendant-Intervenors to preserve digital, documentary, and physical evidence for the Malpractice Action.

2)      Stays the final disposition of CARD's PFT machines, computers, and servers, as well as the switches, firewall equipment, and spirometry machine listed in the Updated Writ until after the closure of the Malpractice Action.

3)      Authorizes Hall Booth Smith, already a Business Associate of CARD for HIPAA purposes, and its agents or representatives, to take possession of CARD's PFT machines, computers, and servers, as well as the switches, firewall equipment, and spirometry machine upon CARD's closure to preserve them for the Malpractice Action.

4)      Orders the parties to work with a U.S. Magistrate to develop specific parameters for an **organized and orderly** a) preservation process for Defendant-Intervenors; b) wind-up process for CARD so that it can complete its grant obligations through August 31, thereby maintaining staff and a facility to assist with

preservation efforts through that time, and so that it can meet its HIPAA obligations related to storing and providing for the release of medical records from the past 25 years, which may continue through November 30, if ATSDR grants a limited extension for that purpose; and c) transfer of CARD's non-exempt property to BNSF upon CARD's closure or, for the items addressed in paragraphs 2 and 3 above, upon the conclusion of the Malpractice Action.

5)      Orders a sufficient sum to be set aside from the sale of CARD's assets to allow Hall Booth Smith to properly clear or purge the servers and hard drives in compliance with HIPAA upon the closure of the Malpractice Action.

Plaintiff/Judgment Creditor BNSF Railway Company ("BNSF"), Defendant/Judgment Debtor CARD, and the United States have been contacted regarding this Motion. BNSF opposes it. CARD does not. No response was received from the United States by the time of filing.

Respectfully submitted this 23rd day of June 2026.

HALL BOOTH SMITH, P.C.
*Attorneys for Charles B. Black, M.D., individually, as Medical Director, former CEO and Board Member of the Center for Asbestos-Related Disease (CARD); Karen Lee Morrissette, M.D., Tracy McNew, L.P.N.; Michelle Boltz, A.P.R.N.; and Miles Miller, P.A.*

  /s/ Jori Quinlan
Jori Quinlan