IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, on behalf of THE UNITED STATES OF AMERICA, | CV 25–67–M–DLC |
| Plaintiff/Judgment Creditor, | ORDER |
| vs. | |
| THE CENTER FOR ASBESTOS RELATED DISEASE, | |
| Defendant/Judgment Debtor. | |

Before the Court is the United States' unopposed motion for leave to appear remotely at the hearing currently set for July 30, 2026, at 1:30 p.m. (Doc. 89.)

Accordingly, IT IS ORDERED that the motion (Doc. 89) is GRANTED. The United States may appear at the hearing set for July 30, 2026, by video.

The Clerk of Court shall forward remote video access information to counsel for the United States.

DATED this 16th day of July, 2026.

Dana L. Christensen, District Judge
United States District Court