IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, on behalf of THE UNITED STATES OF AMERICA, | CV 25–67–M–DLC |
| Plaintiff/Judgment Creditor, | ORDER |
| vs. | |
| THE CENTER FOR ASBESTOS RELATED DISEASE, | |
| Defendant/Judgment Debtor. | |

Before the Court is Defendant the Center for Asbestos Related Disease, Inc.'s ("CARD") unopposed motion to appear remotely. (Doc. 94.) For good cause appearing,

IT IS ORDERED that the motion (Doc. 94) is GRANTED. Annamarie Wagner may appear remotely for the July 30, 2026 status hearing.

The Clerk of Court shall forward remote video access information to counsel for CARD.

DATED this 28th day of July, 2026.

Dana L. Christensen, District Judge
United States District Court