IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, on behalf of THE UNITED STATES OF AMERICA, | CV 25–67–M–DLC |
| Plaintiff/Judgment Creditor, | ORDER |
| vs. | |
| CENTER FOR ASBESTOS RELATED DISEASE, | |
| Defendant/Judgment Debtor, | |
| CHARLES B. BLACK, M.D.; KAREN LEE MORRISSETTE, M.D.; TRACY MCNEW, L.P.N.; MICHELLE BOLTZ, A.R.P.N.; and MILES MILLER, P.A., | |
| Defendant-Intervenors. | |

A motion hearing having been held on Defendant-Intervenors' motion to stay execution on and disposition of material owned by Defendant Center for Asbestos Related Disease ("CARD") to be preserved for litigation, (*see* Doc. 83), and Plaintiff BNSF Railway Company's ("BNSF") motion to preclude CARD from asserting the government's waived interest in grant-funded assets, (*see* Doc. 81),

IT IS ORDERED that:

1

(1)  BNSF's motion (Doc. 81) is GRANTED, with a reasoned decision to follow. BNSF may immediately take possession of and sell those assets identified in the February 12, 2025 writ and seized by the Lincoln County Sheriff's Office on May 7, 2025, (*see* Doc. 1-2).

(2)  Defendant-Intervenors' motion (Doc. 83) is GRANTED insofar as issuance of the writs requested by BNSF on June 2, 2026, (Doc. 79), and June 19, 2026, (Doc. 82), is STAYED until August 31, 2026. On September 1, 2026, the stay will lift automatically, and the Clerk is directed to issue the two writs without delay. Defendant-Intervenors' motion is otherwise DENIED. CARD maintains the responsibility to preserve patient records as required by HIPAA.

Dated this 30th day of July, 2026.

Dana L. Christensen, District Judge
United States District Court

2